```
 1  THORNTON DAVIDSON, #166487
    Attorney at Law
 2  2055 San Joaquin Street
    Fresno, California 93721-2717
 3  Telephone:   (559) 256-9800
    Facsimile:   (559) 256-9795
 4  e-mail: thorntondavidson@aol.com

 5  Attorney for Plaintiff, DIANE CARROLL

 6  JEROME SCHREIBSTEIN, #154051
    STEPHEN K. ROBINSON, #217898
 7  PAYEN & FEARS, LLP
    Attorneys at Law
 8  One Embarcadero Center, Suite 2300
    San Francisco, CA 94111
 9  Telephone: 415-398-7860
    Facsimile: 415-398-7863
10  skr@paynefears.com

11  Attorneys for Defendants,
    BAYER CORPORATION DISABILITY PLANS
12  (erroneously sued herein also as Bayer Corporation Group
    Health Plan)
```

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CARROLL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BAYER CORPORATION DISABILITY PLANS; BAYER CORPORATION GROUP HEALTH PLAN<br><br>　　　　Defendants.<br>_____ | Case No.: C 06-7153 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CURRENTLY CALENDARED DATES** |

WHEREAS, the last day to complete ADR is currently May 2, 2007;

WHEREAS, counsel, the parties, and the assigned Evaluator, C. Mark Humbert, have met and conferred in attempt to set a date prior to May 2, 2007 for the ENE session, but were unable to do so;

WHEREAS, the earliest available date for all involved is June 20, 2007 and the ENE session has now been confirmed for that date;

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CURRENTLY CALENDARED DATES
CASE NO.: 06-7153 MJJ

1

WHEREAS, the parties are currently due to file briefs regarding the Standard of Review on May 1, 2007, with hearing on June 12, 2007;

WHEREAS, the parties are currently due to file dispositive motions on July 17, 2007, with hearing on August 21, 2007;

WHEREAS, this matter is currently set for trial on October 15, 2007;

WHEREAS, with the goals of party and judicial economy in mind, the parties wish to delay the Standard of Review and dispositive motions until after the ENE session;

WHEREAS, plaintiff on the one hand, and defendant, on the other hand, are collectively adverse, they agree through their respective counsel to the following:

1. The last day to complete ADR will now be June 27, 2007;
2. The hearing for the Standard of Review will now be ~~August 2~~ July 31, 2007;
3. ~~The hearing for dispositive motions will now be October 23, 2007;~~
4. ~~The Pretrial Conference will now be December 11, 2007; and~~
5. ~~The Trial will now be held on December 17, 2007.~~

IT IS SO STIPULATED.

Dated: April 26, 2007
/s/ Thornton Davidson
THORNTON DAVIDSON
Attorney for Plaintiff,
DIANE CARROLL

Dated: April 26, 2007
/s/ Stephen K. Robinson
JEROME SCHREIBSTEIN
STEPHEN K. ROBINSON
Attorneys for Defendants,
BAYER CORPORATION
DISABILITY PLANS
(*erroneously sued herein also as Bayer Corporation Group Health Plan*)

## ~~[PROPOSED]~~ ORDER

**IT IS SO ORDERED.**

Dated: May 25, 2007

HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CURRENTLY CALENDARED DATES
CASE NO.: 06-7153 MJJ