1  JEROME SCHREIBSTEIN (SBN: 154051)
   LAW OFFICE OF JEROME SCHREIBSTEIN
2  Embarcadero Center West
   275 Battery Street, Eighteenth Floor
3  San Francisco, CA 94111
   Telephone: (415) 875-335
4  Facsimile: (415) 358-9885

5  Attorneys for Defendant
   BAYER CORPORATION DISABILITY PLANS
6  (*Erroneously sued herein also as Bayer Corporation Group Health Plan*)

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  DIANE CARROLL, | CASE NO. C 06-7153 MJJ |
| 12                   Plaintiff, | **STIPULATION & [PROPOSED] ORDER OF DISMISSAL** |
| 13  v. | |
| 14  BAYER CORPORATION DISABILITY | |
| 15  PLANS; BAYER CORPORATION GROUP HEALTH PLAN, | |
| 16                   Defendant. | |

        Plaintiff Dianne Carroll, on the one hand, and defendant Bayer Corporation Disability Plans (*erroneously sued herein also as Bayer Corporation Group Health Plan*), on the other hand, through their respective counsel, hereby stipulate as follows:

        1.      This action has been resolved pursuant to agreement between the parties, the conditions of which have now been satisfied.

1
**STIPULATION & [PROPOSED] ORDER OF DISMISSAL**                    **(Case No. CV06-7153 MJJ)**

2. The parties therefore request that this action be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: September 18, 2007

           THORNTON DAVIDSON & ASSOCIATES

By: _____/s/_____
   THORNTON DAVIDSON
  Attorneys for Plaintiff Diane Carroll

DATED: September 17, 2007

LAW OFFICE OF JEROME SCHREIBSTEIN

By: : _____/s/_____
   JEROME SCHREIBSTEIN
  Attorneys for Defendant
  BAYER CORPORATION
  DISABILITY PLANS
  (*Erroneously sued herein also as Bayer Corporation Group Health Plan*)

**LAW OFFICE OF JEROME SCHREIBSTEIN**
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-355

2

## **ORDER**

GOOD CAUSE APPEARING, and based on the stipulation of the parties, the above-captioned action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: September 26, 2007

By: _____
Martin J. Jenkins
DISTRICT COURT JUDGE



3